IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JAFFE, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>DITECH COMMUNICATIONS CORP., et al.<br><br>    Defendants.<br><br>This Document Relates to Case No. 05-2564 | Master File No. C 05-2406 JSW<br><br>**ORDER CLOSING CONSOLIDATED CASE FOR STATISTICAL PURPOSES ONLY** |

    *Tang v. Ditech Communications Corp., et al.,* 05-2564 JSW, has been consolidated for all further proceedings with *Jaffe, et al. v. Ditech Communications Corp., et al.*, 05-2406. As all ongoing matters are being filed in case no. C05-2406 JSW, there appears to be no reason at this time to maintain the *Tang* action as an open file for statistical purposes. Accordingly, said action is hereby CLOSED for statistical purposes only.

    Nothing contained in this order shall be considered a dismissal or disposition of said action, and should further proceedings become necessary or desirable, any party may initiate them in the same manner as if this order has not been entered.

    **IT IS SO ORDERED.**

Dated: February 14, 2006

                                                  JEFFREY S. WHITE<br>                                                  UNITED STATES DISTRICT JUDGE